[No. 25611-8-II.   Division Two.   September 21, 2001.]

PATTY FAVERTY, ET AL., *Respondents*, v. GERALDINE F. ASMUS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 98-2-00390-1, William E. Howard, J., entered January 27, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 25717-3-II.   Division Two.   September 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SONYA ANN DOUGHERTY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 99-8-00436-1, Tracy Mitchell, J. Pro Tem., entered March 6, 2000. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 25763-7-II.   Division Two.   September 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RABECCA D. RUIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00842-9, Don L. McCulloch, J., entered February 24, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Quinn-Brintnall, J.

[No. 25819-6-II.   Division Two.   September 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS L. SPARR, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00445-1, James B. Sawyer II, J., entered April 12, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Bridgewater, J.